IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
LASALLE COUNTY, ILLINOIS

BRANDY SADNICK,            )
                           )
    Plaintiff,             )
                           )
vs.                        )   No. 16 L 17
                           )
SHAUN MCCAGUE and J & R SCHUGEL )
TRUCKING, INC., a foreign corporation, )
                           )
    Defendants.            )

FILED FEB 03 2016

## COMPLAINT

### Count I – Brandy Sadnick vs. Shawn McCague

**NOW COMES** the Plaintiff, BRANDY SADNICK, by and through her attorneys, Schweickert & Ganassin, LLP, and for her Complaint against the Defendant, SHAUN MCCAGUE, states as follows:

1. On December 14, 2015, the Plaintiff, BRANDY SADNICK, was traveling westbound on May Road at or near its intersection with Plank Road in the City of Peru, County of LaSalle and State of Illinois.

2. At said time and place, the Defendant, SHAUN MCCAGUE, was traveling westbound on May Road at or near its intersection with Plank Road in the City of Peru, County of LaSalle and State of Illinois, directly in front of the Plaintiff.

3. At said time and place, the Defendant operated his vehicle in reverse and struck the Plaintiff.

4. At said time and place, the Defendant committed one or more of the following negligent acts and/or omissions to act, to wit:

    a) Failed to keep a proper lookout for other vehicles upon the roadway;

    b) Operated his vehicle at a speed too fast for the conditions of the roadway;


DEFENDANT'S EXHIBIT A

    c)     Failed to keep a proper distance between his vehicle and that of the Plaintiff;

    d)     Failed to keep his vehicle under proper control;

    e)     Failed to stop, slow or otherwise alter the speed, movement or direction of his vehicle when danger of collision was imminent; and

    f)     Operated his vehicle in reverse when it was unsafe to do so.

5. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions to act, the Plaintiff, BRANDY SADNICK, was severely and permanently injured, requiring her to incur medical expenses, disability, pain and suffering, loss of normal life and wage loss on an ongoing and permanent basis since the collision.

**WHEREFORE**, the Plaintiff, BRANDY SADNICK, demands judgment against the Defendant, SHAUN MCCAGUE, for an amount in excess of the minimum jurisdictional limits of this court and for the cost of this suit.

### Count II – Brandy Sadnick vs. J & R Schugel Trucking, Inc.

**NOW COMES** the Plaintiff, BRANDY SADNICK, by and through her attorneys, Schweickert & Ganassin, LLP, and for her Complaint against the Defendant, J & R SCHUGEL TRUCKING, INC., a foreign corporation, states as follows:

1. On December 14, 2015, the Plaintiff, BRANDY SADNICK, was traveling westbound on May Road at or near its intersection with Plank Road in the City of Peru, County of LaSalle and State of Illinois.

2. At said time and place, the Defendant's agent and/or employee, SHAUN MCCAGUE, was traveling westbound on May Road at or near its intersection with Plank Road in the City of Peru, County of LaSalle and State of Illinois, directly in front of the Plaintiff.

3. At said time and place, the Defendant's agent and/or employee, SHAUN MCCAGUE, operated his vehicle in reverse and struck the Plaintiff.

4. At said time and place, the Defendant, by its agent, servant and/or employee, committed one or more of the following negligent acts and/or omissions to act, to wit:

   a) Failed to keep a proper lookout for other vehicles upon the roadway;

   b) Operated its vehicle at a speed too fast for the conditions of the roadway;

   c) Failed to keep a proper distance between its vehicle and that of the Plaintiff;

   d) Failed to keep its vehicle under proper control;

   e) Failed to stop, slow or otherwise alter the speed, movement or direction of its vehicle when danger of collision was imminent; and

   f) Operated its vehicle in reverse when it was unsafe to do so.

5. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions to act, the Plaintiff, BRANDY SADNICK, was severely and permanently injured, requiring her to incur medical expenses, disability, pain and suffering, loss of normal life and wage loss on an ongoing and permanent basis since the collision.

**WHEREFORE**, the Plaintiff, BRANDY SADNICK, demands judgment against the Defendant, J & R SCHUGEL TRUCKING, INC., a foreign corporation, for an amount in excess of the minimum jurisdictional limits of this court and for the cost of this suit.

Respectfully submitted,

BRANDY SADNICK, Plaintiff

BY:_____
        Adriane LaShure


## AFFIDAVIT

Under penalties as provided by law pursuant to Supreme Court Rule 222, the undersigned certifies that at the time of this filing the amount of damages claimed is in excess of the minimum jurisdiction limits of this court.

_____
ADRIANE LASHURE

Adriane LaShure
ARDC No. 6296397
SCHWEICKERT & GANASSIN, LLP
2101 Marquette Road
Peru, IL 61354
TEL (815)223-0177
FAX (815)223-8449